Scott E. Gizer, Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, NV 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Attorneys for Defendant
OLD REPUBLIC NATIONAL TITLE INSURANCE
COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| WELLS FARGO BANK, N.A., | Case No.: 2:20-cv-01461-JCM-NJK |
| Plaintiffs, | ORDER GRANTING MOTION FOR WITHDRAWAL OF COUNSEL |
| vs. | |
| OLD REPUBLIC TITLE INSURANCE GROUP, INC., et al., | |
| Defendants. | |

Defendant, Old Republic National Title Insurance Company, by and through its counsel of record of the law firm of Early Sullivan Wright Gizer & McRae LLP, hereby gives notice that Kevin S. Sinclair, Esq. is no longer an attorney associated with Early Sullivan Wright Gizer & McRae and therefore no longer needs to receive notice related to this case.

///

///

///

///

///

///



1

573960.1

Early Sullivan Wright Gizer & McRae LLP will continue to represent Old Republic National Title Insurance Company and requests that Scott E. Gizer, Esq. and Sophia S. Lau, Esq. receive all future notices.

Dated:  August 31, 2020                    EARLY SULLIVAN WRIGHT
                                           GIZER & McRAE LLP


                                           By: _/s/- Sophia S. Lau_____
                                              Attorneys for Defendant
                                              OLD REPUBLIC NATIONAL TITLE
                                              INSURANCE COMPANY


## ORDER

IT IS SO ORDERED.

DATED:    September 1, 2020.


_____

U.S. MAGISTRATE JUDGE



573960.1