# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| WELLS FARGO BANK N.A.,<br>　　Plaintiff(s),<br>v.<br>OLD REPUBLIC TITLE INSURANCE GROUP, et al.,<br>　　Defendant(s). | Case No.: 2:20-cv-01461-JCM-NJK<br><br>**Order**<br><br>**[Docket No. 12]** |

Pending before the Court is a stipulation of extension of time for Defendants to file an answer.  Docket No. 12.  "A motion or stipulation to extend time must state the reasons for the extension requested[.]"  Local Rule IA 6-1.  The pending stipulation does not state any reasons for the extension requested.  Accordingly, the Court **DENIES** the stipulation without prejudice.

IT IS SO ORDERED.

Dated: September 10, 2020

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge